# EXHIBIT 26
(Check from Cooper Law Firm to Andrew Gross (Oct. 12, 2018), METROPOLIS016225)

| | | | |
|---|---|---|---|
| COOPER LAW FIRM LLC/OPERATING ACCOUNT II | | | |
| Andrew Gross | | 10/12/2018 | 002102 |
| | Cooper Law Firm's Contribution to Metropolis JPA go | | 5,000.00 |

| | | | |
|---|---|---|---|
| CLF Operating Accou | Metropolis Case: Expert | | 5,000.00 |

| | | | |
|---|---|---|---|
| COOPER LAW FIRM LLC/OPERATING ACCOUNT II | | | |
| Andrew Gross | | 10/12/2018 | 002102 |
| | Cooper Law Firm's Contribution to Metropolis JPA go | | 5,000.00 |

| | | | |
|---|---|---|---|
| CLF Operating Accou | Metropolis Case: Expert | | 5,000.00 |

Rev 1/17

10438 (2/18) J201723

METROPOLIS016225