IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROGER STEWARD, | ) |
| SAUNDRA STEWARD, | ) |
| CLYDE SCHMIDT, JOAN SCHMIDT, | ) |
| TIM BECK, CHARLOTTE BECK, | ) |
| RANDY LANGFORD, | )  Case No. 18-cv-1124-SMY |
| BRENDA LANGFORD, | ) |
| TODD FAULKNER, and | ) |
| KIM FAULKNER, Illinois residents on | ) |
| behalf of themselves individually and all | ) |
| others similarly situated, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| HONEYWELL INTERNATIONAL INC., | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter comes before the Court on Plaintiffs' Motion to Consolidate for Trial (Doc. 320), which Honeywell opposes (Doc. 321). Plaintiffs request the consolidation of *Roger Steward, et. al. v. Honeywell International Inc.*, Case No. 18-cv-1124-SMY and *City of Metropolis, Illinois, et. al. v. Honeywell International Inc.,* Case No. 21-cv-860-SMY.

Under Federal Rule of Civil Procedure 42(a), a court may consolidate actions when they "involve a common question of law or fact." In determining whether to consolidate, courts consider such factors as judicial economy, avoiding delay, and avoiding inconsistent or conflicting results. *Habitat Educ. Ctr., Inc. v. Kimbell*, 250 F.R.D. 390, 394 (E.D. Wis. 2008). Here, the Court is not persuaded that consolidation would promote trial convenience and economy in administration.

    Although the cases arise from the same general set of facts, the consolidation of these cases would not serve judicial economy, primarily because the cases are at two very different stages. The *City* case is currently set for trial in October 2025, but *Steward* will not be ready for trial by then as class certification is still pending in that case. After the resolution of class certification, additional motion practice and post-certification discovery will likely be needed. Additionally, despite some common issues, the cases involve different claims for relief and seek different remedies related to different properties.

    Accordingly, the motion (Doc. 320) is **DENIED**.

    **IT IS SO ORDERED.**

    **DATED:  April 29, 2025**

                                                **STACI M. YANDLE**
                                                **United States District Judge**